UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-22363-CIV-JEM

MANUEL GARCIA, RAIMUNDO SANTOS )
ARRILLAGA, ROGER A HENRIQUEZ )
CUELLAR, VLADIMIR PEREZ, and all )
others similarly situated under 29 U.S.C. )
216(b), )
)
    Plaintiffs, )
 vs. )
)
CEILINGS "R" US, INC., )
MOISES GALLEGO, )
)
    Defendants. )
_____ )

## PLAINTIFFS' AMENDED STATEMENT OF CLAIM

  Now come the Plaintiffs, through the undersigned, and file the above-described Amended Statement of Claim as follows:

*MANUEL GARCIA'S CLAIM:*

**Time and One-half Overtime Claim (8/15/14-12/15/15):**
Amount of time and one-half per hour not compensated: $13.50
Weeks: 69
Overtime hours per week: 25
Total wages unpaid and liquidated damages: $23,287.50 X 2 = $46,575

**Half-time Overtime Claim (8/15/14-12/15/15):**
Amount of half-time per hour not compensated: $4.50
Weeks: 69
Overtime hours per week: 5
Total wages unpaid and liquidated damages: $1,552.50 X 2 = $3,105

Total Claim: $49,680

### *RAIMUNDO SANTOS ARRILLAGA'S CLAIM:*

**Time and One-half Overtime Claim (2/6/15-12/4/15):**
Amount of time and one-half per hour not compensated: $13.50
Weeks: 43
Overtime hours per week: 25
Total wages unpaid and liquidated damages: $14,512.50 X 2 = $29,025

**Half-time Overtime Claim (2/6/15-12/4/15):**
Amount of half-time per hour not compensated: $4.50
Weeks: 43
Overtime hours per week: 2.5
Total wages unpaid and liquidated damages: $483.75 X 2 = $967.50

Total Claim: $29,992.50

### *ROGER A. HENRIQUEZ CUELLAR'S CLAIM:*

**Time and One-half Overtime Claim (2/6/15-11/30/15):**
Amount of time and one-half per hour not compensated: $13.50
Weeks: 42
Overtime hours per week: 25
Total wages unpaid and liquidated damages: $14,175 X 2 = $28,350

**Half-time Overtime Claim (2/6/15-11/30/15):**
Amount of half-time per hour not compensated: $4.50
Weeks: 42
Overtime hours per week: 2.5
Total wages unpaid and liquidated damages: $472.5 X 2 = $945

Total Claim: $29,295

### *VLADIMIR PEREZ' CLAIM:*

### Time and One-half Overtime Claim (11/18/15-6/12/16):
Amount of time and one-half per hour not compensated: $15
Weeks: 29
Overtime hours per week: 25
Total wages unpaid and liquidated damages: $10,875 X 2 = $21,750

### Half-time Overtime Claim (11/18/15-6/12/16):
Amount of half-time per hour not compensated: $5
Weeks: 29
Overtime hours per week: 5
Total wages unpaid and liquidated damages: $725 X 2 = $1,450

Total Claim: $23,200

*All Plaintiffs seek all fees and costs under the FLSA.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 7/22/16 TO:**

**ALL CM/ECF RECIPIENTS**

**ADI AMIT, ESQ.**
**LUBELL & ROSEN, LLC**
**200 S. ANDREWS AVENUE**
**SUITE 900**
**FORT LAUDERDALE, FL 33301**
**954-880-9500**
**FAX: 954-755-2993**
**EMAIL: ADI@LUBELLROSEN.COM**

**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**