UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-22363-CIV-JEM/JG

MANUEL GARCIA, RAIMUNDO SANTOS )
ARRILLAGA, ROGER A HENRIQUEZ )
CUELLAR, VLADIMIR PEREZ, and all )
others similarly situated under 29 U.S.C. )
216(b), )
 )
       Plaintiffs, )
vs. )
 )
CEILINGS "R" US, INC., )
MOISES GALLEGO, )
 )
       Defendants. )
_____ )

### PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO COMPLY WITH THE COURT'S ORDER [DE36]

**COME NOW** the Plaintiffs, by and through undersigned counsel, and hereby file the above-described Motion, and in support thereof state as follows:

1. On February 8, 2017, the Parties appeared before the Honorable Magistrate Judge Jonathan Goodman concerning various discovery issues and the Court entered a Post-Discovery Hearing Administrative Order subsequent to same. [DE36].

2. Per the Court's Order, Plaintiff Vladimir Perez[1] ("Perez") was Ordered to provide a copy of his birth certificate[2] on or before February 15, 2017. *Id.* At the Hearing, the undersigned made an *ore tenus* motion requesting additional time to comply with same which the Court denied.

---

[1] Plaintiff Valdimir Perez's Florida Driver's License reflects the name in the style of the case. Plaintiff's mother's last name is Tapaza and Plaintiff Perez identified same at his deposition.

[2] Defendants had not requested Plaintiff Perez's birth certificate by way of written discovery and/or by making an *ore tenus* motion at the Hearing but rather the Court Ordered Plaintiff Perez to provide same *sua sponte*.

3. Plaintiff Perez does not have his birth certificate in his possession and control and will need to request same from Cuba which will entail someone in Cuba personally going to request and obtain same. It is unknown how long it will take to process the request and it is unknown if Plaintiff Perez's liaison in Cuba will cooperate in assisting with same.

4. Plaintiff Perez has conferred with Defendants to inquire as to whether they will agree to accept a copy of Plaintiff Perez's passport in lieu of same and to submit an Agreed Order for the Court's review; Defendants have refused same. It is noteworthy to mention that Plaintiff Perez would likely have been required to provide a copy of his birth certificate in order to be issued a passport.

5.  Plaintiff has demonstrate good cause why he cannot comply with the Court's Order and why he is unable to request a specific amount of time in order to comply with same, if at all. Plaintiff does not file this Motion for purposes of delay and foresaw this being an issue when Ordered to provide same.

6. The Court has discretion to grant enlargements, although the Court takes into consideration whether the request will impact the trial calendar and the reasons.  *See, Sosa v. Airport Systems, Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998); *Michael Grecco Photography, Inc. v. Everett Collection, Inc.*, No. 07-CIV-8171, 2008 WL 4580024, *3-4 (S.D.N.Y. 10/14/08).

7. **** Plaintiff Perez respectfully requests that he be permitted to provide a copy of his passport in lieu of his birth certificate. In the alternative, Plaintiff requests an unspecified amount of time to comply with the Court's Order [DE36] and to obtain a copy of his birth certificate.

## MEMORANDUM OF LAW

The Court should find the aforesaid constitutes good cause shown to justify the requested extension. The Court has discretion to grant enlargements, although the Court takes into consideration whether the request will impact the trial calendar and the reasons. *See, Sosa v. Airport Systems, Inc.*, 133 F.3d 1417, 1418 (11th Cir. 1998); *Michael Grecco Photography, Inc. v. Everett Collection, Inc*., No. 07-CIV-8171, 2008 WL 4580024, *3-4 (S.D.N.Y. 10/14/08).

**WHEREFORE** PLAINTIFF PEREZ RESPECTFULLY REQUESTS THAT HE BE PERMITTED TO PROVIDE A COPY OF HIS PASSPORT IN LIEU OF HIS BIRTH CERTIFICATE. IN THE ALTERNATIVE, PLAINTIFF REQUESTS AN UNSPECIFIED AMOUNT OF TIME TO COMPLY WITH THE COURT'S ORDER [DE36] AND TO OBTAIN A COPY OF HIS BIRTH CERTIFICATE.

## CERTIFICATE OF CONFERRAL

Defendants oppose the requested relief.

Respectfully submitted,

J. H. ZIDELL, P.A.
ATTORNEYS FOR PLAINTIFF
300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
    Rivkah F. Jaff, Esquire
    Florida Bar No.: 107511

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT VIA CM/ECF ON 2/14/17 TO:

**ADI AMIT, ESQ.
LUBELL & ROSEN, LLC**

**200 S. ANDREWS AVENUE, SUITE 900
FORT LAUDERDALE, FL 33301
PH: 954-755-3425
FAX: 954-755-2993
EMAIL: ADI@LUBELLROSEN.COM**

**BY:\_\_\_/s/\_\_\_Rivkah Jaff_____
RIVKAH JAFF, ESQ.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-22363-CIV-JEM/JG

MANUEL GARCIA, RAIMUNDO SANTOS
ARRILLAGA, ROGER A HENRIQUEZ
CUELLAR, VLADIMIR PEREZ, and all
others similarly situated under 29 U.S.C.
216(b),

        Plaintiffs,
vs.

CEILINGS "R" US, INC.,
MOISES GALLEGO,

        Defendants.
_____

**ORDER GRANTING PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO COMPLY WITH THE COURT'S ORDER [DE36]**

This cause, having come before the Court on the above-described Motion, and the Court being duly advised in the premises, it is ORDERED, ADJUDGED, and DECREED that said Motion is granted and therefore:

1. PLAINTIFF PEREZ SHALL PROVIDE DEFENDANTS WITH A COPY OF HIS PASSPORT BY NO LATER THAN _____, 2017, IN LIEU OF PROVIDING HIS BIRTH CERTIFICATE AND UPON PROVIDING HIS PASSPORT IT SHALL BE DEEMED HE HAS COMPLIED WITH THE COURT'S ORDER [DE36].

   DONE AND ORDERED in chambers in Miami-Dade, Florida, on this _____ day of _____, 2017.

                                        _____
                                        JONATHAN GOODMAN
                                        UNITED STATED MAGISTRATE JUDGE

Copies to:    Counsel of Record