UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:16-cv-22363-JEM

MANUEL GARCIA, VLADIMIR PEREZ,

    Plaintiff,

v.

CEILINGS "R" US, INC., MOISES GALLEGO,

    Defendants.
_____/

## DEFENDANTS' NOTICE REGARDING PLAINTIFFS' AMENDED DISCOVERY RESPONSES

Defendants, CEILINGS "R" US, INC. and MOISES GALLEGO, hereby give notice concerning Plaintiffs, Manuel Garcia and Vladmir Perez's Amended discovery responses, served on February 15, 2017, pursuant to this Court Post-Discovery Hearing Order [DE #36], and state as follows:

1. In his Amended Response to Interrogatory No. 1, which was first served on Plaintiff on August 31, 2016, but not fully and truthfully responded to until February 15, 2017, Manuel Garcia identified a completely new identity, which he had previously failed to disclose in response to this interrogatory – "Manuel Garcia Estrella," in addition to the name under which he filed this action, and in addition to his pseudo identity of "Janet Duval." Defendants are unaware which of the identities are this Plaintiff's real identity.

2. In his Amended Response to Interrogatory No. 2, which was first served on Plaintiff on August 31, 2016, but not fully and truthfully responded to until February 15, 2017, Manuel Garcia disclosed his bank account number at Wells Fargo. Defendants have not had an opportunity to obtain records for this bank account because of the delay caused by Plaintiff.

3. In his Amended Response to Interrogatory No. 3, which was first served on Plaintiff on August 31, 2016, but not fully and truthfully responded to until February 15, 2017, Manuel Garcia identified seven (7) additional individuals with possible knowledge as to his claim and/or defenses, including those individuals' contact information, which he previously failed to disclose. Defendants have not had the opportunity to conduct discovery as to those individuals.

4. In his Amended Response to Interrogatory No. 1, which was first served on Plaintiff on August 31, 2016, but not fully and truthfully responded to until February 15, 2017, Vladimir Perez identified a telephone number different than the one he first identified under oath. Defendants have not had an opportunity to obtain the text records for this number, from which Plaintiff testified that he texted his other employer regarding his work time at the other employment.

5. In his Amended Response to Interrogatory No. 2, which was first served on Plaintiff on August 31, 2016, but not fully and truthfully responded to until February 15, 2017, Vladimir Perez identified his birth name as Vladimir Perez Zapata. The documents provided by this Plaintiff reflect "Perez Zapata" as his last name and not "Perez." Defendants were unaware of this person's real last name until after he had disclosed it truthfully at his deposition on January 31, 2017 and in the Amended response to this interrogatory.

6. In his Amended Response to Interrogatory No. 4, which was first served on Plaintiff on August 31, 2016, but not fully and truthfully responded to until February 15, 2017, Vladimir Perez identified another employment he had while working for the Defendants in this matter, including the contact information. Defendants have not had an opportunity to conduct discovery as to this newly-disclosed information.

7. In his Amended Response to Interrogatory No. 5, which was first served on Plaintiff on August 31, 2016, but not fully and truthfully responded to until February 15, 2017, Plaintiff provided his bank account information for three bank accounts. Defendants have not had the opportunity to conduct discovery as to other income from other jobs this Plaintiff had during the relevant time period, that may be reflected in these bank accounts.

Respectfully submitted, this 16th day of February, 2017.

        LUBELL & ROSEN, LLC
        *Attorneys for Defendants*
        200 S. Andrews Ave, Suite 900
        Ft. Lauderdale, Florida 33301
        Phone: (954) 880-9500
        Fax: (954) 755-2993
        E-mail:   adi@lubellrosen.com

        By: */s/ Adi Amit*
           Adi Amit, Esquire
           Florida Bar No. 35257

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 16, 2017, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        /s/ *Adi Amit*
        Adi Amit, Esq.

## SERVICE LIST

*Manuel Garcia, et al. v. Ceilings "R" Us, Inc., et al.*
S.D. Fla. Case No. 1:16-cv-22363-JEM

Allyson Morgado, Esq.
Rivkah Jaff, Esq.
K. David Kelly, Esq.
Stephen Michael Fox, Jr. Esq.
Jamie H. Zidell, Esq.
J.H. Zidell, P.A.
300 71st Street
Suite 605
Miami Beach, FL 33141
amorgado.jhzidell@gmail.com
rivkah.jaff@gmail.com
david.kelly38@rocketmail.com
stepehen.fox.esq@gmail.com
ZABOGADO@AOL.COM
*Counsel for Plaintiffs*

Adi Amit, Esquire
LUBELL & ROSEN, LLC
200 S. Andrews Ave.
Suite 900
Fort Lauderdale, Florida 33301
adi@lubellrosen.com
*Counsel for Defendants*