UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: **16-22363-CIV-MARTINEZ-GOODMAN**

MANUEL GARCIA, RAIMUNDO SANTOS
ARRILLAGA, ROGER A. HENRIQUEZ
CUELLAR, and all others similarly situated
under 29 U.S.C. 216(b),

    Plaintiffs,

vs.

CEILINGS "R" US, INC., MOISES
GALLEGO,

    Defendants.

_____/

## ORDER RESETTING CERTAIN PRETRIAL DEADLINES AND TRIAL

THIS CAUSE came before the Court upon Defendants' Motion to Extend Discovery, for Status Conference, and Continue Trial and Pretrial Dates [ECF No. 34]. After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. Defendants' Motion to Extend Discovery, for Status Conference, and Continue Trial and Pretrial Dates [ECF No. 34] is **GRANTED IN PART** as set forth herein. The previous trial date is hereby **CANCELLED**.

2. Trial is rescheduled to commence during the two-week period beginning **Monday, July 24, 2017** before Jose E. Martinez, United States District Judge, 400 N. Miami Avenue, Courtroom 10-1, Miami, Florida. Calendar call will be held on **Thursday, July 20, 2017, at 1:30 p.m.** at the same location.

3. The following pretrial deadlines are reset:

| | |
|---|---|
| 4-03-2017 | All discovery, including expert discovery, shall be completed. |
| 5-05-2017 | All *Daubert*, summary judgment, and other dispositive motions must be filed. |
| Note: | In the event that there are any unresolved discovery motions pending fifteen days prior to this date, the moving party shall immediately advise the Court of all such unresolved motions together with their status. |
| 6-14-2017 | Mediation shall be completed. |
| 6-26-2017 | All pretrial motions and memoranda of law,[1] such as motions in limine, must be filed. |
| 7-05-2017 | Joint Pretrial Stipulation and deposition designations must be filed. The deadlines for objections to deposition designations, counter-designations, and rebuttal designations are set forth in paragraph 5 of the Court's Order Setting Civil Trial Date and Pretrial Schedule [ECF No. 22]. |
| 7-17-2017 | Proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law must be filed. |
| 7-19-2017 | Proposed voir dire questions must be filed. |

The Court's Order Setting Civil Trial Date and Pretrial Schedule [ECF No. 22] shall otherwise remain in full force and effect.

DONE AND ORDERED in Chambers at Miami, Florida, this *16* day of February, 2017.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record

---

[1] This deadline does not pertain to *Daubert*, summary judgment, and other dispositive motions as a specific deadline has already been provided for these motions.