# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

Manuel Garcia, et al. )
)
v. )
Ceilings "R" Us, Inc., et al. ) Case No.:1:16-cv-22363-JEM
)
)

## BILL OF COSTS

Judgment having been entered in the above entitled action on __03/30/2017__ against __Manuel Garcia__,
                                                             Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 783.02 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . | 910.00 |
| Other costs *(please itemize)* . . *Court Reporter Appearance Fee - Manuel Garcia Deposition Only* | 325.50 |
| TOTAL $ | 2,018.52 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service     ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: __Adi Amit__

Name of Attorney: Adi Amit

For: __Ceilings "R" Us, Inc. and Moises Gallego__    Date: __04/28/2017__
          *Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____  By: _____  _____
*Clerk of Court*                    *Deputy Clerk*                  *Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.



**Veritext Corp
Florida Region**

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569

| | |
|---|---|
| **Bill To:** Adi Amit<br>Lubell & Rosen LLC<br>200 S. Andrews Avenue<br>Suite 900<br>Ft. Lauderdale, FL, 33301 | **Invoice #:** FLA2863311<br>**Invoice Date:** 1/25/2017<br>**Balance Due:** $1,108.52 |

| | |
|---|---|
| **Case:** | Garcia, Manuel Et Al v. Ceilings "R" Us Inc Et Al |
| **Job #:** | 2496707 \| Job Date: 1/17/2017 \| Delivery: Normal |
| **Billing Atty:** | Adi Amit |
| **Location:** | Lubell Rosen |
| | Museum Plaza - Ste. 900 \| 200 South Andrews Avenue \| Fort Lauderdale, FL 33301 |
| **Sched Atty:** | Adi Amit \| Lubell & Rosen LLC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Manuel Garcia | Original with 1 Certified Transcript | Page | 162.00 | $3.95 | $639.90 |
| | Attendance Fee - First Hour | Hour | 1.00 | $75.00 | $75.00 |
| | Attendance Fee - Addl Hours | Hour | 5.00 | $50.00 | $250.00 |
| | Exhibits | Per Page | 151.00 | $0.50 | $75.50 |
| | Litigation Package | 1 | 1.00 | $25.00 | $25.00 |
| | Shipping & Handling | Package | 1.00 | $43.12 | $43.12 |

**Notes:** (10:00-4:09)
Delivery Via FedEx Ticket # 785407480024 To Lubell & Rosen LLC

| | |
|---|---|
| **Invoice Total:** | $1,108.52 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,108.52 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 90 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

41093

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

Invoice #: FLA2863311
Job #: 2496707
Invoice Date: 1/25/2017
Balance: $1,108.52

**Veritext Corp**
**Florida Region**

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569



| Bill To: | Adi Amit |
| | Lubell & Rosen LLC |
| | 200 S. Andrews Avenue |
| | Suite 900 |
| | Ft. Lauderdale, FL, 33301 |

| Invoice #: | FLA2867177 |
| Invoice Date: | 1/30/2017 |
| Balance Due: | $910.00 |

| Case: | Garcia, Manuel Et Al v. Ceilings "R" Us Inc Et Al |
| Job #: | 2496707 | Job Date: 1/17/2017 | Delivery: Normal |
| Billing Atty: | Adi Amit |
| Location: | Lubell Rosen |
| | Museum Plaza - Ste. 900 | 200 South Andrews Avenue | Fort Lauderdale, FL 33301 |
| Sched Atty: | Adi Amit | Lubell & Rosen LLC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Manuel Garcia | Interpreting | Hour | 6.50 | $140.00 | $910.00 |

Notes: ***Spanish Interpreter***
(10:00 - 4:10)

| | |
|---|---|
| Invoice Total: | $910.00 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $910.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**THIS INVOICE IS 85 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | FLA2867177 |
| Job #: | 2496707 |
| Invoice Date: | 1/30/2017 |
| Balance: | $910.00 |

41093